ACCEPTED
01-14-00877-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/22/2015 2:59:05 PM
CHRISTOPHER PRINE
CLERK

# No. 01-14-00877-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/22/2015 2:59:05 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| FALLON WAGNER | § | IN THE COURT OF APPEALS |
| | § | |
| V. | § | FIRST JUDICIAL DISTRICT |
| | § | |
| THE STATE OF TEXAS | § | AT HOUSTON, TEXAS |

## APPELLEE'S MOTION TO EXTEND TIME TO FILE THE BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellee asks the Court to extend the time to file its brief.

### Introduction

1. Appellant is Fallon Wagner; Appellee is the State of Texas. No rule provides a deadline to file this motion to extend. *See* TEX. R. APP. P. 38.6(d). Appellant is unopposed to this motion.

### Argument and Authorities

2. The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file the brief. Appellant's brief was filed on March 26, 2015. Appellee's brief is due on April 24, 2015. Appellee requests an additional 30 days to file its brief, extending the time until May 26, 2015. No prior extension has been granted to extend the time to file the Appellee's brief.

1

3. Appellee needs additional time to complete its brief. Appellate counsel has conducted a thorough review of the record and legal issues involved in this appeal. Counsel has also made a diligent effort to complete the brief within the time required under the rules. However, an active criminal docket and conflicts with other settings has made completing the brief before the deadline unworkable. Accordingly, counsel respectfully asks for additional time to finalize her review of the record, and the law applicable to the case, and complete the State's brief.

**Prayer**

4. For these reasons, Appellee asks the Court to grant an extension of time to file its brief until May 26, 2015.

Respectfully submitted,

/s/ Cynthia Ericson
_____
Cynthia Ericson
State Bar No. 24053188
Assistant Criminal District Attorney
111 East Locust St., Suite 408A
Angleton, Texas 77515
(979) 864-1233
(979) 864-1712 Fax
cynthiae@brazoria-county.com

ATTORNEY FOR THE APPELLEE,
THE STATE OF TEXAS

2

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred, or made a reasonable attempt to confer, with all other parties, which are listed below, about the merits of this motion with the following results:

| | | |
|---|---|---|
| Cary Faden | ☐ | opposes motion |
| State Bar No. 06768725 | ☑ | does not oppose motion |
| Attorney at Law | | |
| 77 Sugar Creek Blvd., Suite 230 | ☐ | agrees with motion |
| Sugar Land, Texas 77478 | ☐ | would not say whether motion is opposed |
| (281) 491-6182 | | |
| (281) 491-0049 – Fax | | |
| caryfaden@aol.com | ☐ | did not return my message regarding the motion |

**Attorney for the Appellant**

/s/ Cynthia Ericson

_____

Cynthia Ericson
Assistant Criminal District Attorney

3

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all other parties, which are listed below, on **April 22, 2015**:

Cary Faden
State Bar No. 06768725
Attorney at Law
77 Sugar Creek Blvd., Suite 230
Sugar Land, Texas 77478
(281) 491-6182
(281) 491-0049 – Fax
caryfaden@aol.com

**Attorney for the Appellant**

By:

☐ personal delivery

☐ mail

☐ commercial delivery

☑ electronic delivery / fax

/s/ Cynthia Ericson

_____

Cynthia Ericson
Assistant Criminal District Attorney